COA# 14-2094

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

In re: Dwayne Anderson,
       Petitioner.

2014 OCT 20  A 10: 11

---

PETITION FOR A WRIT OF MANDAMUS

---

The petitioner, Dwayne Anderson, hereby files with this Court, the instant "Petition For a Writ of Mandamus," pursuant to 22 U.S.C. §1651(a), and Rule 21, Fed.R.Civ.P., for the following reasons.

STATEMENT OF THE FACTS

On August 20, 2014, the petitioner filed with the United States District Attorney General, at Boston, Martha Coakley, an "Affidavit of Potential Defense Witness" on behalf of pretrial detainee with criminal offenses pending in the United States District Court, at Boston, Dzhokhar Tsarnaev, and all other pretrial detainees with criminal cases pending before that Court, to offer exculpatory evidence" of "Massive corruption" involving the current United States Attorney General, Eric Holder, and the current Director of the Federal Bureau of investigation, name unknown, for their acting in concert with federal officers and employees to cover-up a slew of federal offenses committed by Federal and State officers and employees within the scope of their office and employment. The subject affidavit noted to the U.S. District Attorney Coaley that the offered evidence for the named pretrial detainees is exculpatory in nature under U.S. v. Clark, 988 F.2d 1459 (6th Cir. 1993); and Kyles v. Whitley, 514 U.S., 115 S.Ct. 15-55 (1995), which could lead to the dismissal of the current "tainted" and "void" indictments.

Having received no response from U.S. District Attorney Coakley, the petitioner filed with the U.S. District Court, at Boston, a "Notification of Affidavit of Potential Defense Witness," within which demonstrated to that Court how U.S. District Attorney Coakley had failed to furnish the defendants with the exculpatory information for their defense. Nevertheless, the Clerk of that Court failed to acknowledge and file the aforesaid Notification. thereby acting in concert with the subject U.S. District Attorney General's office to conceal such information from the defendants, where some defendeants face the 'death penalty.'

## REASONS WHY THE WRIT SHOULD BE GRANTED

Mandamus issues only in exceptional circumstances amounting to judicial usurpation of power. <u>Kerr v. District Court for the Northern District of California, 426 U.S. 394 (1976)</u>. Mandamus petitioners must show that they lack adequate means to obtain the relief they seek and that their right to the issuance of a writ of mandamus is clear and indisputable. <u>Mallard v. U.S. District Court for the Southern District of Iowa, 490 U.S. 296 (1989)</u>. Moreover, mandamus may issue to compel a lower court to exercise its jurisdiction. <u>Will v. U.S., 389 U.S. 90 (1967)</u>.

Here, the issues present that exceptional circumstances amounting to a judicial usurpation of power, where the Clerk of the subject U.S. District Court, and an officer of the that Court, has used his/her powers to willfully and unlawfully fail to acknowledge and file the aforesaid "Notification" to the Court to preclude the subject defendants from obtaining the subject affidavit of potential defense witness, while acting in concert with the subject U.S. District Attorney General, and to preclude the District Court from becoming aware of such offered exculpatory evidence, which violates the pretrial defendants' due process rights to the United States Constitution.

Based on the fored going, this Court should grant the instant writ of mandamus to allow the District Court to properly order the U.S. District Attorney General's office to provide the defendants with the vital and entitled subject affidavit.

Respectfully submitted,

*Dwayne Anderson*
Dwayne Anderson #124529
~~7137 Cockrell Bend Blvd.~~
~~Nashville, TN. 37209~~
WCF-A
P.O. BOX 679
WHITEVILLE, TN. 38075

(2)

CERTIFICATE OF SERVICE

    I hereby certify a true copy only of the foregoing (prison officials only provide me one (1) copy) has been sent on this _13th_ day of October, 2014, via U.S. mail to:

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
OFFICE THE CLERK
JOHN J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

*Dwayne Anderson*
Dwayne Anderson #124529

(3)

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER, CLERK
Office of the Clerk
John J. Moakley U.S. Courthouse
1 Courthouse Way
Bston, MA 02210

2014 OCT 20 A 10: 11

FILED IN THE CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

OCTOBER 13, 2014

RE: Dwayne Anderson, Petition For A Writ Of Mandamus/ Petitioner's Indigency Oath.

DEAR CLERK:

ENCLOSED FIND THE ORIGINAL COPIES ONLY OF THE ABOVE-REFERENCED TO BE FILED WITH THIS COURT. COPIES OF SUCH CANNOT BE PROVIDED DUE TO THE PRISON OFFICIALS DENYING ME COPIES. ALSO, I CANNOT PROVIDE THE COURT WITH A COPY OF MY PRISON TRUST FUND ACCOUNT SHOWING THE PAST SIX (6), AS STATED IN MY INDIGENCY OATH, DUE TO THE PRISON OFFICIALS DENYING ME SUCH AS WELL. HOWEVER, I HAVE .11 CENTS IN MY PRISON ACCOUNT. FURTHER, ENCLOSED FIND MY RECENTLY FILED "APPLICATION FOR APPOINTMENT OF INDEPENDENT COUNSEL" WITH THIS COURT THAT YOU RETURN TO BE FILED WITH THE UNSPECIFIED APPROPRIATE COURT, WHICH I AM RETURNING TO BE PROPERLY TRANSFERRED TO THE APPROPRIATE COURT.

SINCERELY,

Dwayne Anderson
DWAYNE ANDERSON #124539
WCFA
P.O. BOX 679
WHITEVILLE, TN. 38075



DWAYNE ANDERSON #124529
WCFA
P.O. BOX 679
WHITEVILLE, TN. 38075

LEGAL MAIL

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
OFFICE OF THE CLERK
JOHN J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

RECEIVED OCT 14 2014