# United States Court of Appeals
## For the First Circuit

_____

No. 14-2094

IN RE: DWAYNE ANDERSON,

Petitioner.

_____

Before

Howard, Thompson, Kayatta
<u>Circuit Judges</u>.

_____

**CORRECTED JUDGMENT**

Entered: October 31, 2014

      The application for appointment of independent counsel and petition for writ of mandamus are denied.

      By the Court:

      <u>/s/ Margaret Carter, Clerk</u>

cc:
Robert Farrell, Clerk, USDC-MABO
Dwayne Anderson
Miriam Conrad
David I. Bruck
Timothy G. Watkins
William W. Fick
Judy Clarke

Matthew R Segal
William D. Weinreb
Aloke Shankar Chakravarty
Donald L. Cabell
Nadine Pellegrini